STATE OF NEW JERSEY v.
IRVIN B. COPPIN AND ROBERT JONES.

May 16, 1978. Petition for certification denied.

NEW JERSEY SPORTS & EXPOSITION AUTHORITY v.
TOP NOTCH METAL REALTY CO., INC.

May 16, 1978. Petition for certification denied.

STATE OF NEW JERSEY v.
JOSEPH BORATTO AND MARTIN SILVERMAN.

May 16, 1978. Petition for certification granted. (See 154 *N. J. Super.* 386)

STATE OF NEW JERSEY v.
JOSEPH BORATTO AND MARTIN SILVERMAN.

May 16, 1978. Cross-Petition for certification granted. (See 154 *N. J. Super.* 386)

STATE OF NEW JERSEY v. CAROL NOLL.

May 16, 1978. Petition for certification denied.